(81 South. 638)

Ex parte PENTICOST.    (6 Div. 862.)

(Supreme Court of Alabama.    April 17, 1919.)

Petition by S. Penticost, as administrator, for mandamus to Hon. John C. Pugh, Judge of the Tenth Judicial Circuit.    Writ denied.

G. P. Bondurant and Robert E. Smith, both of Birmingham, for appellant.

John C. Pugh, of Birmingham, pro se.

PER CURIAM.    Petition by S. Penticost, as administrator, for mandamus to Hon. John C. Pugh, as judge of the Tenth judicial circuit. Writ denied on authority of S. Penticost, as Administrator, v. Richard W. Massey, ante, p. 681, 81 South. 637.